Cite as 2022 Ark. App. 337

# ARKANSAS COURT OF APPEALS
DIVISION II
**No.** CV-21-275

| | |
|---|---|
| | **Opinion Delivered** September 21, 2022 |
| JAMES ALLEN, JR.<br>APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTEENTH DIVISION |
| V. | |
| | [NO. 60CV-20-4202] |
| CHI ST. VINCENT INFIRMARY; AND MORGAN MCDONALD, BRADLEY PATE, AND STEPHANIE WOOLBRIGHT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS CHI ST. VINCENT INFIRMARY EMPLOYEES<br>APPELLEES | HONORABLE MACKIE M. PIERCE, JUDGE<br><br>AFFIRMED |

## BRANDON J. HARRISON, Chief Judge

James Allen, Jr., brings this pro se appeal from the circuit court's order denying his motion for default judgment against "CHI St. Vincent Infirmary," a fictitious name registered to St. Vincent Infirmary Medical Center, Inc., and granting its motion to dismiss, which was filed more than thirty days after Allen served his complaint and summons. What we will call "the hospital" alleged essentially the same service and process defects in its papers on both motions. The circuit court's order incorporates those arguments by reference as its grounds for relief.[1]

Those incorporated grounds included the hospital's argument that the summons was defective because the "address of the plaintiff" it contains, Ark. R. Civ. P. 4(b)(3), is just "AR

---

[1]The circuit court dismissed Allen's claims against the remaining defendants without prejudice under Ark. R. Civ. P. 4(i). Allen does not challenge that ruling on appeal.

72201." We addressed a similar summons defect in *Wine v. Chandler*, 2020 Ark. App. 412, 607 S.W.3d 522. The hospital cited *Wine* below. Allen recognized this was a distinct argument: he responded that the omitted address was an error by the court, and a harmless one because he included his address on the complaint and the return-mail receipt.

But he does not renew that argument or otherwise address that ruling on appeal. When a circuit court bases its decision on more than one independent ground, and the appellant challenges fewer than all grounds on appeal, we must affirm. *E.g.*, *Evangelical Lutheran Good Samaritan Soc'y v. Kolesar*, 2014 Ark. 279.

Affirmed.

ABRAMSON and HIXSON, JJ., agree.

*James Allen, Jr.*, pro se appellant.

*Richard Shane Strabala* and *Tim Boone*, for separate appellee CHI St. Vincent Infirmary.